83,532-05

WARRANT NUMBER'S
F123340W and F1270672W

THE STATE OF TEXAS
    Plaintiff,

v.

DIETRICK LEWIS JOHNSON, SR.
    Defendant.

§
§
§
§
§
§
§
§
§
§
§
§

IN THE JUDICIAL

DISTRICT COURT OF

DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

## MOTION FOR WRIT OF MANDAMUS

NOV 30 2015

TO: THE HONORABLE JUDGES OF SAID COURT:

NOW COMES; "Dietrick Lewis Johnson, Sr.," ("Defendant") Abel Acosta, Clerk Applicant in the above captioned warrant number's and files this, his pro se Writ of Mandamus. Applicant will show this Honorable Court the following:

### I.
### Jurisdiction

This Honorable Court has subject matter jurisdiction over the parties herein, of Stalking and Retaliation

### II.
### ARGUMENT

Applicant filed a Speedy Trial Motion and Writ of Habeas Corpus well over 180 days, to be brought before a jury trial on said warrant's. Applicant have yet to hear anything regarding the Motion's that were filed with said Court. Beaumont Federal Correctional Facility also sent notification to said Court over 180 days ago, pursuant to the Interstate Agreement on Detainers Act, and the Court also failed to respond. Applicant also sent another Motion to Dismiss, and/or Request for a Fast and Speedy

(1)

Trial form to the District Attorney; "Susan Hawk," and she also failed to respond.

The State of Texas was fully aware that Mr. Johnson was in State and Federal custody since March 26, 2012, and have failed to bring Applicant to trial in the timely manner required by the State and the Sixth Amendment to the United States Constitution, within 180 days after being repeatedly notified. Additionally, the Federal Bureau of Prisons (BOP) sent a detainer action letter to the State, Dallas County, Texas that Applicant is in custody and seeking disposition of the case's, and the State/County has failed to prosecute Applicant. Therefore, the Court should Dismiss the case with prejudice, for want of prosecution.

## PRAYER

Applicant respectfully request that this said Court grant his motion for Mandamus, and/or dismiss case's for want of prosecution.

Respectfully submitted,

(S) _Dietrick Lewis Johnson_

Dietrick Lewis Johnson, Sr.
#19831-078

## CERTIFICATE OF SERVICE

Applicant hereby certify that a true and correct copy of the foregoing is being sent to Abel Acosta, Clerk of said Court, at Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711, from Beaumont FCI Complex (Med), P.O. Box 26040, Beaumont, Texas 77720, on November 19, 2015.

Respectfully submitted,

(S) _____

Dietrick Lewis Johnson, Sr.
#19831-078
Beaumont FCI Complex (Med)
P.O. Box 26040
Beaumont, Texas 77720

(4)

EXHIBIT-4  5

BP-S235.051  IAD - NOTICE OF UNTRIED INDICTMENT  CDFRM
FEB 94
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

~~CHARGES WERE DISMISSED~~  CASE-IN-CHIEF

| Inmate: | Register No.: | Institution: |
|---|---|---|
| Johnson,Dietrick Lewis | 19831-078 | FCC BEAUMONT - Medium SECURITY |

Pursuant to the Interstate Agreement on Detainers Act, you are hereby informed that the following are the untried indictments, information, or complaints against you concerning which the undersigned has knowledge, and the source and contents of each.

WARRANT# F123340W, F1270672W/        Dallas County Sheriff's Department
Insufficient Bond-Stalking/BI,        133 N. Riverfront Blvd., LB-31
Capias Retaliation                    Dallas, TX 75207-4313

    You are hereby further advised that by the provisions of said Agreement you have the right to request the appropriate prosecuting officer of the jurisdiction in which any such indictment, information or complaint is pending and the appropriate court that a final disposition be made thereof. You shall then be brought to trial within 180 days, unless extended pursuant to provisions of the Agreement. After you have caused to be delivered to said prosecuting officer and said court written notice of the place of your imprisonment and your said request, together with a certificate of the custodial authority as more fully set forth in said Agreement. However, the court having jurisdiction of the matter may grant any necessary or reasonable continuance.

    Your request for final disposition will operate as a request for final disposition of all untried indictments, information or complaints on the basis of which detainers have been lodged against you from the state to whose prosecuting official your request for final disposition is specifically directed. Your request will also be deemed to be a waiver of extradition to the state of trial to serve any sentence there imposed upon you, after completion of your term of imprisonment in this state. Your request will also constitute a consent by you to the production of your body in any court where your presence may be required in order to effectuate the purposes of Agreement on Detainer and a further consent voluntarily to be returned to the institution in which you are now confined.

    Should you desire such a request for final disposition of any untried indictment, information or complaint, you are to notify the Inmate Systems Manager of the institution in which you are confined.

    You are also advised that under provisions of said Agreement the prosecuting officer of a jurisdiction in which any such indictment, information or complaint is pending may institute proceedings to obtain a final disposition thereof. In such event, you may oppose the request that you be delivered to such prosecuting officer or court. You may request the Warden to disapprove any such request for your temporary custody but you cannot oppose delivery on the grounds that the Warden has not affirmatively consented to or ordered such delivery.

| Dated | Name and Title of Custodial Authority | By: (Chief Executive Officer) |
|---|---|---|
|  | CHARLES E. SAMUELS, DIRECTOR FEDERAL BUREAU OF PRISONS | DALLAS B. JONES, WARDEN |
| Dated 3-19-15 | Inmate Signature | 3 |

Original - Inmate, Copy - J&C, Copy - Central File (Section 1)

This form may be replicated via WP)                    Replaces BP-235(58) of OCT 88